# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MACARIO N. DAGDAGAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 23-cv-03935 (APM) |
| **DANIEL P. DRISCOLL,** *Secretary, Department of the Army,*[1] | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion and Order, ECF No. 28, the court dismisses the Amended Complaint and this action.

This is a final, appealable order.

Dated: October 30, 2025

Amit P. Mehta
United States District Judge

---

[1] The court substitutes the current Secretary of the Army, Daniel P. Driscoll, for former Secretary Chrstine E. Wormuth. *See* Fed. R. Civ. P. 25(d).